UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                               CASE NO. 11 B 27508
                                                     CHAPTER 13
EWA GRANT
                                                     JUDGE JACK B SCHMETTERER

    DEBTOR                                           **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  NATIONSTAR MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 3 | XXXXXX0243 | $13,364.60 | $13,364.60 | $13,364.60 |
| Total Amount Paid by Trustee | | | | | $13,364.60 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit        **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-27508-JBS

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 1st day of August, 2016.

Debtor:
EWA GRANT
1319 WINSLOWE DR #303
PALATINE, IL  60074

Attorney:
CUTLER & ASSOC
4131 MAIN ST
SKOKIE, IL  60076
via Clerk's ECF noticing procedures

Mortgage Creditor:
BANK OF AMERICA
% PROBER & RAPHAEL
20750 VENTURA BLVD # 100
WOODLAND HILLS, CA  91364

Mortgage Creditor:
BEACON COVE CONDOMINIUM ASSOC
% STITT KLEIN DADAY ARETOS & G
2550 W GOLF RD #250
ROLLING MEADOWS, IL  60008

Mortgage Creditor:
BANK OF AMERICA NA
7105 CORPORATE DR
PLANO, TX  75024

Creditor:
NATIONSTAR MORTGAGE
PO BOX 619094
DALLAS, TX  75261-9741

ELECTRONIC SERVICE - United States Trustee

Date:  August 01, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603